EDWARD W. BURNS, ESQ. (State Bar # 201913)
BURNS AND SCHALDENBRAND
509 N. Coast Highway
Oceanside, California 92054
Telephone: (760) 453-2189
Facsimile: (760) 453-2194
ewburns@bsrlawyers.com

Attorney for Defendant ANEFX, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>ANEFX, INC., a California corporation<br><br>　　　　　Defendant. | Case No. 2:17-cv-02621<br><br>NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR ANEFX, INC.; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF EDWARD W. BURNS<br><br>Date: November 13, 2017<br>Time: 10:00 a.m.<br>Dept: 8D<br><br>Complaint Filed: April 5, 2017 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on Monday, November 13, 2017 at 10:00am or as soon thereafter as the matter may be heard in the above-entitled Court, located at 350 W. First Street Courthouse, Room 8D, 8th Floor, Los Angeles, California 90012,

the law firm of Burns & Schaldenbrand will move to be relieved as attorneys of record for defendant in this action pursuant to Local Rule 83-2.9.2.1.

The reasons for this request are that there has been a total breakdown in the attorney-client relationship that has made it impossible for Burns & Schaldenbrand to represent AneFx, Inc. in a meaningful fashion.

The motion will be based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Edward W. Burns filed concurrently herewith, the pleadings and papers on file in this action, and such further oral or documentary evidence or argument as may be presented prior to or at the hearing on this matter.

DATED:  October 4, 2017                    BURNS & SCHALDENBRAND


                                           By: _/s/ Edward W. Burns_____
                                               Edward W. Burns
                                               Attorney for Defendant,
                                               ANEFX, INC.

## MEMORANDUM OF POINTS AND AUTHORITIES

In April 2017, Burns & Schaldenbrand was contacted by defendant Jack Levy, president of Anefx, Inc., who was seeking legal representation in this action. No one in the firm had any prior relationship with Mr. Levy. Declaration of Edward W. Burns ¶ 2.

Mr. Levy agreed to sign a retainer agreement and pay a retainer fee as a condition of being represented in this action. Burns & Schaldenbrand sent to Mr. Levy a partially signed attorney-client retainer agreement, which he was requested to review, sign and return.

Although Mr. Mr. Levy returned a fully signed copy of the attorney-client retainer agreement, despite repeated inquiries, Burns & Schaldenbrand has never received payment of the retainer fee. Likewise, although the firm sent invoices to Mr. Levy by email, the firm has never received any payment from AneFx, Inc. Id. ¶ 4.

During the brief period of time during which Burns & Schaldenbrand attempted to work with Mr. Levy, his conduct rendered it unreasonably difficult to carry out his representation effectively. Whatever relationship may have existed has deteriorated to the point of a total breakdown in the attorney-client relationship, which has made it impossible to represent Mr. Levy in a meaningful fashion. Id. ¶ 5.

On September 26, 2017, Burns & Schaldenbrand notified counsel for the other parties by email that the firm would be seeking to withdraw as AneFx, Inc.'s counsel of record. Id. ¶ 7. Copies of this motion are being served on Mr. Levy at that address and are also being sent to him by email at jackl@anefx.com. Id. ¶ 10.

For the reasons set forth above, it is respectfully requested that the Court issue an order permitting Burns & Schaldenbrand to withdraw as counsel for Mr. Levy in this action.

DATED: October 4, 2017                          BURNS & SCHALDENBRAND

By: _/s/ Edward W. Burns_____
Edward W. Burns, Attorney for
Defendant, ANEFX, INC.

-3-
MOTION TO WITHDRAW

## DECLARATION OF EDWARD W. BURNS

I, Edward W. Burns, declare as follows:

1. I am an attorney at law duly licensed to practice before all the courts of this state and am a member of the law firm Burns & Schaldenbrand, attorneys of record for defendant herein. I have personal and firsthand knowledge of the matters set forth in this declaration and, if called and sworn as a witness, I could and would testify competently thereto under oath.

2. In April 2017, our firm was contacted by Mr. Levy, who was seeking legal representation for his corporation, AneFx, Inc. in this action. Neither I nor anyone else in my firm had any prior relationship with Mr. Levy or AneFx, Inc.

3. Mr. Levy agreed to sign a retainer agreement and pay a retainer fee as a condition of our agreeing to represent him in this action. I sent to Mr. Levy by email an attorney-client retainer agreement, which I requested that he review, sign and return to me. I also requested that he pay our agreed-upon retainer fee.

4. Although Mr. Levy returned a fully signed copy of the attorney-client retainer agreement, despite repeated inquiries, our firm has never received payment of the retainer fee. Likewise, although we sent invoices to Mr. Levy/AneFx, Inc. by email, our firm has never received any payment from AneFx, Inc.

5. During the brief period of time during which our firm has attempted to work with Mr. Levy, his conduct has rendered it unreasonably difficult for us to carry out his representation effectively. Whatever relationship we may have had has deteriorated to the point where we have had a total breakdown in the attorney-client relationship, which has made it impossible for us to represent AneFx, Inc. in a meaningful fashion.

6. On September 26, 2017, I notified counsel for the other parties by email that our firm would be seeking an order permitting our firm to withdraw as AneFx, Inc.'s counsel of record.

7.     Copies of this motion are being served on AneFx, Inc. through its agent for service of process JOHN A LEVY, 217 NORTH LAKE STREET, BURBANK CA 91502 and are also being sent by email at jackl@anefx.com.

9.     For the reasons set forth above, I respectfully request that the Court issue an order permitting my firm to withdraw as counsel for Mr. Levy in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of October, 2017, Oceanside, California.

          ___/s/ Edward W. Burns_____
          EDWARD W. BURNS